UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RON PETERSON, TRUSTEE OF
THE JACQUELIN OVERTON TRUST,

    Appellee,

v.                                                     Case No. 8:07-cv-01492-T-17

THEODORE CARLTON RICHARDSON,

    Appellant.
_____/

## ORDER DENYING PLAINTIFF-TRUSTEE RON PETERSON'S MOTION TO DISMISS APPEAL

This matter is before the Court on Appellee-Trustee's Motion to Dismiss Appeal, filed September 7, 2007 (Dkt. 4). The Appellant filed Notice of Appeal (Dkt. 1) on July 3, 2007 and Response in Opposition to Motion to Dismiss on September 24, 2007 (Dkt. 6).

## BACKGROUND

This is an appeal from an adversary proceeding transferred from the District of Columbia (Adv. No. 8:94-ap-554) pursuant to 28 U.S.C. § 158(a). Order on Plaintiff's Motion to Determine Dischargeability of Judgment (Dkt. ap-56) and Final Judgment in Favor of Plaintiff's Motion to Determine Dischargeability of Judgment (Dkt. ap-57) were filed on May 18, 2007. The Appellant then filed Motion for Reconsideration of Order on Determination of Dischargeability of Debt (Dkt. ap-60) on May 30, 2007 and Expedited Motion for Reconsideration and Vacate *Sua Sponte* Order Striking Debtor's Motion for Reconsideration (Dkt. ap-64) filed June 18, 2007. The Appellant is now appealing both Order Striking Motion for Reconsideration (Dkt. ap-61), filed June 7, 2007, and Order Denying Motion to Reconsider

1

and Vacate *Sua Sponte* Order (Dkt. ap-65), filed June 26, 2007. Appellee-Trustee moves to have the appeal dismissed because it was untimely filed.

## DISCUSSION

Federal Rule of Bankruptcy Procedure 8002 states that "notice of appeal shall be filed with the clerk within ten days of the date of the entry of the judgment, order or decree appealed from." For computation purposes, "the day of the act, event, or default from which the designated period of time begins to run shall not be included" and "the last day of the period shall be included, unless it is a Saturday, Sunday, or legal holiday." FRBP 9006.

In the instant case, the notice of appeal was filed on July 3, 2007. The Order Striking Motion for Reconsideration was filed on June 7, 2007. The July 3 date is well beyond the ten (10) day limitation period for filing an appeal with regard to this order. The Order Denying Motion to Reconsider and Vacate *Sua Sponte* Order Striking Motion for Reconsideration was filed on June 26, 2007. According to Rule 9006, the 26th does not count in the computation of time. When starting the count on the 27th of June and ending on the 3rd of July, only seven days elapsed from the filing of the order to the filing of the appeal. This is within the ten (10) day period.

Despite the untimely appeal regarding the Order Striking Motion for Reconsideration, it shall still be considered. This is because of its intimate connection with the timely appealed order. In order to fairly determine the issues on appeal, both orders and their relative motions must be considered. Accordingly it is

ORDERED that Plaintiff-Trustee's Motion to Dismiss Appeal (Dkt. 4) be **DENIED**.

**DONE AND ORDERED** in Chambers, in Tampa, Florida on this 13th day of November, 2007.

ELIZABETH A. KOVACHEVICH
United States District Judge

cc: All Parties and Counsel of Record