# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

T. CARLTON RICHARDSON,
     Appellant,

vs.                              CASE NO. 8:07-CIV-1492-T-17-TGW

RON PETERSON, as Trustee of the Jacqueline
N. Overton Trust,
     Appellee.
_____/

## ORDER

     This cause is before the Court on remand. The appellate court has directed this Court to address the orders of the bankruptcy court of June 7 and June 26 that denied Appellant's motions to reconsider. Accordingly, it is

     **ORDERED** that the parties' shall have up to and including October 5, 2009, to file supplemental briefs, of no more than 20 pages each, addressing the issues remanded to this Court.

     **DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd day of September, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record